UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIENA LENDING GROUP LCC,

    Plaintiff,

-against-

SAMUEL P. BLACK, III,

    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/25
```

25-CV-2794 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed its complaint on April 3, 2025. (Dkt. 1.) Plaintiff served defendant with the summons and complaint on April 9, 2025 (Dkt. 10), making defendant's answer due April 30, 2025. That date came and went, and plaintiff failed to appear or answer. On May 9, 2025, the Court, on its own motion, extended defendant's time to answer or otherwise respond to May 30, 2025. (Dkt. 15.) On that date, the parties jointly filed a proposed stipulation and order requesting to extend defendant's time to answer or otherwise respond to August 29, 2025, "in order to facilitate the parties' ongoing efforts to reach an amicable settlement[.]" (Dkt 17.) The Court granted the extension and so-ordered the stipulation. (Dkt. 18).

    Now, August 29, 2025 has come and gone and defendant still has not appeared or filed an answer to the complaint. Nor have the parties updated the Court as to the status of their ongoing settlement efforts. It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint by **September 12, 2025**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default. In addition, the parties must update the Court as to the status of their ongoing settlement efforts, if any.

Dated: New York, New York
       September 5, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**