UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/31/25__
```

SIENA LENDING GROUP LCC,

          Plaintiff,

   -against-

SAMUEL P. BLACK, III,

          Defendant.

25-CV-2794 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      Pursuant to the September 15, 2025 Stipulation and Order (Dkt. 24), defendant's deadline to answer, move, or otherwise respond to plaintiff's complaint was due **October 28, 2025**. That date has come and gone, and defendant still has not appeared or responded to the complaint. Nor have the parties updated the Court as to the status of their ongoing settlement efforts.

      It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint by **November 7, 2025**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default. In addition, the parties must update the Court as to the status of their ongoing settlement efforts, if any. No further extensions will be granted absent compelling circumstances.

Dated: New York, New York
       October 31, 2025

                       **SO ORDERED.**

                       _____
                       **BARBARA MOSES**
                       **United States Magistrate Judge**