UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIENA LENDING GROUP LCC,

            Plaintiff,

     -against-

SAMUEL P. BLACK, III,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/25__

25-CV-2794 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This case has now been pending for more than eight months. As noted in the Court's May 9, 2025 Order (Dkt. 15), defendant's answer was originally due no later than April 30, 2025. Since that time, the Court has granted – either *sua sponte* or on stipulation of the parties – six extensions of defendant's answer deadline. (*See* Dkts. 15, 18, 19, 24, 25, 28.)

Pursuant to the most recent extension, defendant's answer was due no later than December 2, 2025. (Dkt. 28.) Again, that date has come and gone, and defendant still has not answered or responded to the complaint. Further, the parties have again failed to update the Court as to the status of their ongoing settlement efforts, if any.

Accordingly, it is hereby ORDERED that if defendant has not answered or otherwise responded to the complaint by **December 19, 2025**, plaintiff must, on that date, either dismiss this case or obtain a certificate of default against the defendant.

Dated: New York, New York
       December 4, 2025

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**