UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Siena Lending Group LLC,

                        Plaintiff(s),

            v.                                          25-CV-2794 (DEH)

Samuel P. Black, III,                                   ORDER

                        Defendant(s).

DALE E. HO, United States District Judge:

On April 3, 2025, Plaintiff filed the Complaint. ECF No. 1. On April 15, 2025, Plaintiff filed proof of service as to Defendant Samuel P. Black. ECF No. 10. To date, Defendant has not appeared.

It is hereby ORDERED that Plaintiff shall file a letter on ECF by **December 18, 2025**, describing any communications they have had with Defendant and describing its efforts to provide Defendant with actual notice of this lawsuit, and whether Plaintiff intends to move for default.

SO ORDERED.

Dated: December 11, 2025
       New York, New York

_____
                        DALE E. HO
                        United States District Judge