UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Siena Lending Group LLC, | |
| Plaintiff(s), | 25-CV-2794 (DEH) |
| v. | |
| Black, | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict on the Court's calendar, the conference currently scheduled for January 28, 2026 at 11 A.M. is rescheduled to **January 28, 2026** at **12:30 P.M.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 338 618 018, followed by the pound (#) sign.

SO ORDERED.

Dated: January 21, 2026
       New York, New York

_____
DALE E. HO
United States District Judge