UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Siena Lending Group LLC,

                              Plaintiff(s),

                    v.

Black,

                              Defendant(s).

25-CV-2794 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 28, 2026, the Court held a conference in this matter with respect to Plaintiff's motion for default judgment, ECF No. 28.  At the conference, an attorney—Mr. David Ross—represented to the Court that he was appearing on behalf of the Defendant; Mr. Ross, however, had not yet filed a notice of appearance nor a motion to be admitted pro hac vice in this District. Mr. Ross represented that he had been retained by Defendant on the morning of January 28, 2026, and that he was in the process of gathering the correct paperwork for filing a notice of appearance and a motion to be admitted pro hac vice.  Mr. Ross also represented that Defendant did not object to Plaintiff's motion for default judgment nor the damages sought. After the hearing, Mr. Ross filed a notice of appearance indicating that a motion for admission pro hac vice would be forthcoming.  ECF No. 47.  In light of the forgoing, it is ordered that Mr. Ross file a motion to be admitted pro hac vice by **January 29, 2026.**

SO ORDERED.

Dated: January 28, 2026
          New York, New York

_____
          DALE E. HO
     United States District Judge