**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SIENA LENDING GROUP LLC,

                              Plaintiff,

v.

SAMUEL P. BLACK, III,

                              Defendant.

Case No. 1:25-cv-02794-DEH-BCM

**DEFAULT JUDGMENT**

---

This action was commenced by Plaintiff Siena Lending Group LLC on April 3, 2025.

Defendant Samuel P. Black, III failed to answer or move with respect to the Complaint. As a result, the Clerk entered default against Defendant on December 11, 2025.

**NOW**, upon the application of Plaintiff Siena Lending Group LLC for a default judgment, it is **ORDERED, ADJUDGED AND DECREED**, that:

1.      Judgment is entered against Defendant Samuel P. Black, III and in favor of Plaintiff Siena Lending Group LLC in the amount of $9,687,131.39.

2.      Post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961.

3.      To the extent that Plaintiff receives proceeds from the sale of its collateral relating to the obligations that Defendant guaranteed, Defendant shall be entitled to an offset of the amount of such proceeds against the amount of this judgment.  (By way of example, if Plaintiff receives $1,000,000 of sale proceeds, the then-outstanding amount of this judgment shall be reduced by $1,000,000).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   January 30, 2026
         New York, New York

_____
Honorable Dale E. Ho
United States District Judge